UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Soundview Home Loan Trust 2005-OPT2, Asset-Backed Certificates, Series 2005-OPT2, | ) ) ) ) ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) | 3:14-CV-4221-G (BF) |
| VS. | ) ) | |
| LISA PRUITT, | ) ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of United States Magistrate Judge Paul D. Stickney. The district court reviewed the findings, conclusions and recommendation for plain error. Finding none, the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that plaintiff's motion for attorneys' fees (docket entry 11) is **GRANTED**.

August 27, 2015.

A. JOE FISH
**Senior United States District Judge**